UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL SMITH,

Plaintiff,

v.

Case No. 26-cv-11376
Hon. Matthew F. Leitman

TRANS UNION, LLC,

Defendants.
_______________________________________________________________/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 11); AND (2) DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 5) AS MOOT**

In this action, *pro se* Plaintiff Angel Smith alleges that Defendant Trans Union, LLC violated the Fair Credit Reporting Act. (*See* Compl., ECF No. 1.) Now pending before the Court is Trans Union's motion to dismiss. (*See* Mot., ECF No. 5.) That motion was referred to the assigned Magistrate Judge. Nine days after Trans Union filed that motion, Smith filed a First Amended Complaint. (*See* First Am. Compl., ECF No. 10.)

On May 14, 2026, the Magistrate Judge issued a report and recommendation in which she recommended that the Court deny Trans Union's motion as moot based on Smith's filing of the First Amended Complaint (the "R&R"). (*See* R&R, ECF No. 11.) At the conclusion of the R&R, the Magistrate Judge informed the parties

that if they wished to file an objection to her recommendations, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.65.)

Trans Union has not filed any objections to the R&R. Nor has it contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs*., 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Trans Union has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to deny the motion to dismiss as moot is **ADOPTED**. Trans Union's motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126